UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**MALVIN PENA.** | Case No. 23–cr–00674–KM<br><br>REPORT AND<br>RECOMMENDATION |

    This matter having come before the Court pursuant to Federal Rule of Criminal Procedure 11; and the undesigned having conducted a plea hearing on August 18, 2023 on the record; and the undersigned finding that,

    1.    Defendant fully understood the oath and consequences of failing to tell the truth at the plea hearing.

    2.    Defendant fully understood that he has a right to have this case presented to a grand jury.

    3.    Defendant fully understood the nature of the charges and the consequences of the guilty plea, including the maximum penalties that he faces.

    4.    Defendant fully understood that while the United States Sentencing Guidelines are not binding, they will be considered.

    5.    Defendant fully understood the right to plead "not guilty" and to be tried by a jury, with the assistance of counsel, and that he would have the right, if he so chose, to call, confront, and cross-examine witnesses, compel the production of evidence, and to remain silent or testify.

    6.    Defendant fully understood that if the guilty plea is accepted, then there would be no trial in this case.

    7.    Defendant was fully competent and capable of entering an informed guilty plea.

    8.    Defendant's waiver of the right to have this case presented to the grand jury, the waiver of the right to file an appeal and to file a post-conviction challenge, and the plea were free, knowing, and voluntary.

9. There is a factual basis to support the plea of guilty.

Accordingly,

**IT IS** on this   **23rd day of August 2023**   **RECOMMENDED** that:

1. Defendant's plea of guilty be accepted and that a judgment of guilt to all counts of the Information be entered.

2. The Clerk of the Court activate this report and recommendation to indicate that it requires further action by the District Judge.

3. The parties have **14 days** to file any objections to this report and recommendation pursuant to Local Criminal Rule 5.1(o)(3).

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**